USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JONATHAN RANSOM, derivatively on behalf of
Nominal Defendant WW International, Inc.,

                              Plaintiff,

-v-

MINDY GROSSMAN, RAYMOND DEBBANE, STEVEN M. ALTSCHULER, JONAS M. FAJGENBAUM, DENIS F. KELLY, JULIE RICE, THILO SEMMELBAUER, CHRISTOPHER J. SOBECKI, OPRAH WINFREY, PHILLIPPE J. AMOUYAL, CYNTHIA ELKINS, SACHA LAINOVIC, NICHOLAS P. HOTCHKIN, NOMINAL WW INTERNATIONAL, INC., formerly known as Weight Watchers International, Inc.,

                              Defendants.

------------------------------------------------------------------X

1:19-cv-09878-GHW

NOTICE OF INITIAL
PRETRIAL CONFERENCE

GREGORY H. WOODS, United States District Judge:

     Because this case has been reassigned to Judge Pauley, the initial pretrial conference scheduled for January 2, 2020, Dkt No. 7, is adjourned *sine die*, as is the December 26, 2019 deadline for the parties to submit a joint letter and proposed case management plan.

     SO ORDERED.

Dated: November 13, 2019
New York, New York

                                                         GREGORY H. WOODS
                                                       United States District Judge