# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2696

E-mail Address
lneuner@stblaw.com

**MEMO ENDORSED**

<u>VIA ECF</u>　　　　　　　　　　　　　　March 12, 2020

　　　　　　　　Re:　*Ransom v. Grossman et al.* (No. 1:19-cv-09878-WHP)

The Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Dear Judge Pauley:

　　　Pursuant to Section I.D of the Court's Individual Practices, the parties jointly request that the Court adjourn the initial case management conference scheduled for March 20, 2020. On December 6, 2019, the parties jointly requested the Court stay proceedings for 60 days in light of Defendants' motion to dismiss in the related securities class action pending before this Court, styled *In re Weight Watchers International Inc., Securities Litigation*, Case No. 1:19-cv-02005-WHP (the "Securities Class Action"). ECF No. 11. The Court granted the parties' request on December 10, 2019. ECF No. 12. Argument on the motion to dismiss in the Securities Class Action was held before this Court on February 25, 2020. The parties in this case are negotiating a second stipulation to stay this case pending decision on the motion to dismiss in the Securities Class Action and request an adjournment of the initial case management conference in this case pending such decision in the Securities Class Action. This request does not impact any other scheduled dates in this matter. The parties thank the Court in advance for its consideration of this request.

| Application granted. |

SO ORDERED:

Dated: March 13, 2020
　　　　New York, New York

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.

Respectfully submitted,

GLANCY PRONGAY & MURRAY LLP

By: *[signature]*
Benjamin I. Sachs-Michaels
(bsachsmichaels@glancylaw.com)
712 Fifth Avenue, 31st Floor
New York, NY 10019
Tel: (212) 935-7400
Fax: (212) 753-3630

*Attorney for Plaintiff Jonathan Ransom*

SIMPSON THACHER & BARTLETT LLP

By: *[signature]*
Lynn K. Neuner (lneuner@stblaw.com)
George S. Wang (gwang@stblaw.com)
425 Lexington Avenue
New York, NY 10017-3954
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Defendants WW International, Inc., Mindy Grossman, Raymond Debbane, Steven M. Altschuler, Jonas M. Fajgenbaum, Denis F. Kelly, Julie Rice, Thilo Semmelbauer, Christopher J. Sobecki, Oprah Winfrey, Phillippe J. Amouyal, Cynthia Elkins, Sacha Lainovic, and Nichols P. Hotchkin*

cc: All counsel of record *(by ECF)*