UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2022

| | |
|---|---|
| JONATHAN RANSOM, Derivatively on Behalf of Nominal Defendant WW INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MINDY GROSSMAN, RAYMOND DEBBANE, STEVEN M. ALTSCHULER, JONAS M. FAJGENBAUM, DENIS F. KELLY, JULIE RICE, THILO SEMMELBAUER, CHRISTOPHER J. SOBECKI, OPRAH WINFREY, PHILIPPE J. AMOUYAL, CYNTHIA ELKINS, SACHA LAINOVIC, and NICHOLAS P. HOTCHKIN, <br><br> Defendants, <br><br> and <br><br> WW INTERNATIONAL, INC., f/k/a WEIGHT WATCHERS INTERNATIONAL, INC., <br><br> Nominal Defendant. | Case No.  1:19-cv-09878- AJN |

## UNOPPOSED MOTION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL

Plaintiff Jonathan Ransom respectfully moves pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure for dismissal with prejudice of the above-captioned action following settlement of derivative claims in a related pending action captioned: *Schindler, et al. v. Mindy F. Grossman, et al.*, Index No. 657497/2019 Supreme Court of the State of New York, County of New York  ("Related Action").  An Order and Judgment approving settlement in the Related Action were entered on October 20, 2021 ("October 20, 2021 Order").  The October 20, 2021 Order and Judgment have now become final

745894.1

and all claims have been released in both this action and the Related Action.  Defendants do not oppose entry of dismissal with prejudice.

Dated: December 31, 2021                                        Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

/s/ *Matthew M. Houston*
Matthew M. Houston
Benjamin I. Sachs-Michaels
712 Fifth Avenue
New York, NY 10019
Telephone: (212) 935-7400
Facsimile: (212) 756-3630
mhouston@glancylaw.com
bsachsmichaels@glancylaw.com

**SO ORDERED**:

_____
Honorable Alison J. Nathan
United States District Judge For the
Southern District of New York

January 7, 2022